UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**CHRISTOPHER J. COLLUM,**
    Plaintiff,

v.

**SIZEMORE, et al,**
    Defendant(s),

Civil Action No. 7:20-cv-00403

<u>MEMORANDUM OPINION</u>

By:  Norman K. Moon
Senior United States District Judge

    Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). By Order entered August 3, 2020, the Court directed plaintiff to submit within 20 days from the date of the Order the consent to withholding of filing fees form in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the Court dismisses the action without prejudice and strikes the case from the active docket of the Court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER:  This <u>2nd</u> day of September, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE